UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FOND,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>    Respondent. | No. 2:20-cv-1145 KJM AC P<br><br><br><br>ORDER |

Petitioner has requested a ninety-day extension of time to file and serve objections to the April 21, 2021 findings and recommendations. ECF No. 22. Petitioner's objections are currently due by May 17, 2021. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 22, is granted; and

2. Petitioner shall have an additional ninety days, up to August 16, 2021, to file and serve his objections. No further extensions of time will be granted absent a showing of extraordinary circumstances.

DATED: May 12, 2021

                                                ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE